AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| ALICIA DAWN DAVIS <br><br> *Plaintiff(s)* <br><br> v. <br><br> TARGET CORPORATION AND HUSSMAN CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22cv133-SA-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TARGET CORPORATION
C/O CT Corporation System
645 Lakeland East Drive Suite 101
Flowood, Mississippi 39232.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JENNIFER L. MILLER, ESQ.
517 MAGNOLIA MOUND DRIVE
MEMPHIS, TN 38103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 7/11/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| ALICIA DAWN DAVIS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22CV133-SA-JMV |
| TARGET CORPORATION AND HUSSMAN CORPORATION | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HUSSMAN CORPORATION
C/O CT Corporation System
631 Lakeland East Drive
Flowood, Mississippi 39232.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JENNIFER L. MILLER, ESQ.
517 MAGNOLIA MOUND DRIVE
MEMPHIS, TN 38103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 7/11/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*