IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ALICIA DAWN DAVIS                                                    PLAINTIFF

V.                                            CIVIL ACTION NO. 3:22-CV-133-SA-JMV

TARGET CORPORATION, et al.                                          DEFENDANTS

ORDER

On December 15, 2022, Magistrate Judge Virden entered a Report and Recommendation [8]. The Report and Recommendation [8] explains the procedural history of this case and ultimately concludes that the case should "be dismissed pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b) for failure to timely prosecute." [8] at p. 2. The Report and Recommendation [8] then specifically advised the Plaintiff as to the appropriate procedure to filing any objections. Although the time to file an objection has expired, no objection has been filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

Having reviewed the Report and Recommendation [8] and the record as a whole, the Court finds that there is no plain error. The Court ADOPTS IN FULL the Report and Recommendation [8]. The Plaintiff's claims are hereby dismissed *without prejudice*. This CASE is CLOSED.

SO ORDERED, this the 3rd day of January, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE